**Electronically Filed
Supreme Court
29619
01-NOV-2010
11:55 AM**

NO. 29619

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

JAMES D. RATHBUN, Petitioner/Petitioner-Appellant,

vs.

ADMINISTRATIVE DIRECTOR OF THE COURTS, STATE OF HAWAI'I,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(JR. NO. 1DAA-08-0013; Original Case No. 08-04532)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By:  Duffy, J., for the court[1])

Petitioner/Petitioner-Appellant James D. Rathbun's application for writ of certiorari, filed on September 20, 2010, is hereby rejected.

DATED:  Honolulu, Hawai'i, November 1, 2010.

FOR THE COURT:

/s/  James E. Duffy, Jr.

Associate Justice



Timothy I. MacMaster
for petitioner/petitioner-
appellant on the application

Girard D. Lau,
Deputy Attorney General,
for respondent/respondent-
appellee on the response

---

[1] Considered by:  Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ. and Circuit Judge Nishimura, assigned by reason of vacancy.